IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                                      ORDER

   v.                                                07-C-533-C
                                                     05-CR-116-C

LEAVIE SCOTT,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Leavie Scott has moved pursuant to Fed. R. Civ. P. 59(e) to alter or amend the judgment entered in this case on October 22, 2007. The motion is DENIED.

      Defendant's motion appears to be untimely. Rule 59(e) motions must be filed no later than ten days after entry of the judgment. Judgment was entered in this case on October 22, 2007. Defendant filed his motion on October 29, 2007.

      Nothing in defendant's motion to alter or amend convinces me that it was a mistake to deny his § 2255 motion.

ORDER

IT IS ORDERED that defendant's motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e) is DENIED.

Entered this 1st day of November, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge